1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEITH SERIALES,

11          Petitioner,              No. CIV S-09-0511 GGH P

12   vs.

13   K. HARRINGTON,

14          Respondent.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In his application,

18   petitioner challenges a conviction issued by the Tulare County Superior Court. Tulare County is

19   part of the Fresno Division of the United States District Court for the Eastern District of

20   California. See Local Rule 3-120(d).

21          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court. Therefore, this action will be transferred to the Fresno Division of the

24   court.

25   /////

26   /////

1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This action is transferred to the United States District Court for the Eastern

3   District of California sitting in Fresno; and

4          2.  All future filings shall reference the new Fresno case number assigned and

5   shall be filed at:

6          United States District Court
           Eastern District of California
7          2500 Tulare Street
           Fresno, CA 93721

8

9   DATED: February 26, 2009

10

                                        /s/ Gregory G. Hollows
11                                      _____

12                                      GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

13  GGH:kly
    seri0511.109

14

15

16

17

18

19

20

21

22

23

24

25

26