UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SERIALES, | 1:09-cv—00355-SKO-HC |
| Petitioner, | ORDER DEFERRING DECISION CONCERNING ADMISSIBILITY OF EXHIBITS UNTIL THE COURT CONSIDERS THE MERITS OF THE PETITION (DOCS. 22, 30-33) |
| v. | |
| K. HARRINGTON,   M | |
| Respondent. | |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on March 9, 2009, and on behalf of Respondent on September 17, 2009.  The case is proceeding on Petitioner's first amended petition (FAP), filed on February 3, 2010.  (Doc. 23.)

   Petitioner has filed a "CD" which Petitioner represents is a

1

copy of the reading of his Miranda rights received by his appellate counsel from the state of California (Ex. A.) Petitioner did not serve a copy on Respondent because he states that he did not have access to copies. Respondent has also submitted an analog recording which Respondent represents was the basis of the state appellate court's findings on the pertinent issue or issues. (Doc. 32.) The parties have briefed the admissibility of the exhibits.

Although a response to the petition and a traverse have been filed, the Court has not yet considered the petition on the merits. The Court will consider the petition on the merits in due course.

Accordingly, the Court DEFERS the decision on the admissibility of the exhibits until the Court considers the petition on the merits.

IT IS SO ORDERED.

**Dated:   January 3, 2011**                         /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE